UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT COULSON and JOHN (a/k/a JACK) PETTIGREW, : : :  Plaintiffs, : : : v. : : TOWN OF KEARNY and CHIEF : JOSEPH LAPSANSKI (retired), : invididually and as Chief of Kearny : Fire Department, : :  Defendants. : _____ : | Civil Action No. 07-5893 (PGS)  ORDER |

This matter having come before the Court by the motion of Fox and Fox LLP, attorneys for Plaintiffs Scott Coulson and John Pettigrew ("Plaintiffs"); and for good cause shown,

IT IS on this 19th day of January, 2010

ORDERED that Plaintiffs' Motion to Amend the Complaint to add certain factual allegations to clarify the Complaint and to add Joseph O. D'Arco as a defendant of Counts Two, Three and Four of the Complaint is hereby **granted**; and it is

FURTHER ORDERED that Plaintiffs' Motion to Amend the Complaint to add Joseph O. D'Arco as a defendant of Count One is hereby **denied**; and it is

FURTHER ORDERED that Plaintiffs may file their Amended Complaint pursuant to the terms of this Order and the Court's Opinion dated January 19, 2010.

The Clerk of the Court may terminate the motion noted at Docket Number 18.

s/Esther Salas
**HONORABLE ESTHER SALAS**
**UNITED STATES MAGISTRATE JUDGE**